

# TAYLOR WALKER P.C.

Brian N. Casey
bcasey@taylorwalkerlaw.com

April 25, 2016

Fernando Galindo, Clerk
United States District Court for the
    Eastern District of Virginia
600 Granby Street, Room 400
Norfolk, Virginia 23510

Re:    Audrey Latham and Glennis Latham, Co-Administrators of the Estate of David Louis Latham, Deceased v. Michael Edington
       Civil Action No.

Dear Mr. Galindo:

I enclose a Civil Cover Sheet and Notice of Removal with exhibits which I ask that you please file on behalf of the defendant, Michael Edington, in the above matter. Also enclosed please find this firm's check in the amount of $400.00 in payment of the filing fee. Should you require any additional information, please advise.

Thanking you and with kind regards, I am

Very truly yours,

TAYLOR WALKER P.C.

Brian N. Casey
BNC/ssv
Enclosures
cc:    George E. Schaefer, III, Clerk
       John M. Cooper
       William F. O'Mara, Jr.

NORFOLK OFFICE ■ T 757 625 7300  F 757 625 1504
555 EAST MAIN STREET, SUITE 1300, NORFOLK VA 23510
WWW.TAYLORWALKERLAW.COM

VIRGINIA BEACH OFFICE ■ T 757 625 7300  F 757 625 1504
3502 PACIFIC AVENUE, VIRGINIA BEACH VA 23451