IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

AUDREY LATHAM AND
GLENNIS LATHAM,
CO-ADMINISTATORS OF THE ESTATE
OF DAVID LOUIS LATHAM, DECEASED,
    Plaintiffs,

v.                                       CIVIL ACTION NO.: 2:16cv203

MICHAEL EDINGTON,

and

CITY OF NORFOLK,
    Defendants.

## BRIEF IN SUPPORT OF MOTION FOR SUBSTITUTION OF COUNSEL

**COME NOW** the Plaintiffs, Audrey Latham and Glennis Latham, Co-Administrators of the Estate of David Louis Latham, deceased, by their current counsel of record John M. Cooper, Esq. and William F. O'Mara, Jr., Esq., and respectfully state the following as and for their Brief in Support of Motion for Substitution of Counsel:

    1.     This action is currently stayed pending the criminal prosecution of Defendant Michael Edington, which arises from the same occurrence. There is no scheduled trial date.

    2.     The Plaintiffs have recently retained Jon M. Babineau, Esq., and Todd M. Fiorella, Esq., to represent them in connection with this wrongful death action in lieu of undersigned counsel.

    3.     The Plaintiffs wish to discharge John M. Cooper, Esq. and William F. O'Mara, Jr., Esq., as counsel.

Accordingly, for the foregoing reasons, the Plaintiffs respectfully move for the entry of an Order of Substitution of Counsel permitting Todd M. Fiorella, Esq., and Patrick J. Genova, Esq., of the law firm of Fraim and Fiorella, P.C., and Jon M. Babineau, Esq., of the law firm Jon M. Babineau, PC, to be substituted as new counsel of record for the Plaintiffs, and discharging John M. Cooper, Esq. and William F. O'Mara, Jr. as counsel of record.

> AUDREY LATHAM AND
> GLENNIS LATHAM,
> CO-ADMINISTATORS OF THE ESTATE
> OF DAVID LOUIS LATHAM,
> DECEASED,
>
> By: _____/s/_____
>         Of Counsel

John M. Cooper, Esquire
Virginia State Bar No. 29064
jcooper@cooperhurley.com
William F. O'Mara, Jr.
Virginia State Bar No. 77146
bomara@cooperhurley.com
COOPER HURLEY
2014 Granby Street, Suite 200
Norfolk, Virginia 23517
757-455-0077
757-455-8274 (facsimile)
*Counsel for Plaintiff*

Certificate of Service

        I hereby certify that on the 28th day of September, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian N. Casey, Esquire
Virginia Sate Bar No. 26710
bcasey@taylorwalkerlaw.com
James E. Brydges, Jr. Esquire
Virginia State Bar No. 4420
jbrydges@taylorwalkerlaw.com
*Attorneys for Michael Edington*
Taylor Walker, PC
Post Office Box 3490
Norfolk, Virginia 23514
757-625-7300
757-625-1504 (facsimile)


                                                       William F. O'Mara, Jr., Esquire

        I hereby also certify that on this 28th day of September, 2016, I will mail and e-mail the foregoing interested parties who have not filed notices of appearance in this matter:

Todd M. Fiorella, Esq.
Patrick J. Genova, Esq.
FRAIM & FIORELLA, PC
150 Boush Street, Suite 601
Norfolk, Virginia 23510
757-227-5900
757-227-5901 (facsimile)
tmfiorella@ff-legal.com
pgenova@ff-legal.com

Jon M. Babineau, Esq.
Jon M. Babineau, PC
109 East Main Street, Suite 413
Norfolk, Virginia 23510
757-622-8631
757-226-0621 (facsimile)
jon@babineaulaw.com

Heather A. Mullen, Esq.
City Attorney's Office
810 Union Street, Suite 900
Norfolk, Virginia 23510
757-664-4529
757-664-4201 (facsimile)
Heather.mullen@norfolk.gov

                                                              _____/s/_____
                                                      William F. O'Mara, Jr., Esquire