IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

AUDREY LATHAM AND
GLENNIS LATHAM,
CO-ADMINISTATORS OF THE ESTATE
OF DAVID LOUIS LATHAM, DECEASED,

    Plaintiffs,

v.                          CIVIL ACTION NO.: 2:16cv203

MICHAEL EDINGTON,

and

CITY OF NORFOLK,

    Defendants.

## ORDER OF SUBSTITUTION OF COUNSEL

THIS MATTER is before the Court on the Plaintiffs' motion to substitute newly retained counsel and discharge their current counsel of record. Finding that no prejudice or delay will result from the Plaintiffs' request, it is hereby ORDERED that Todd M. Fiorella, Esq., and Patrick J. Genova, Esq., of the law firm of Fraim and Fiorella, P.C., and Jon M. Babineau, Esq., of the law firm Jon M. Babineau, PC, are substituted as new counsel of record for the Plaintiffs. It is further ORDERED that the Plaintiffs' request to discharge John M. Cooper, Esq., and William F. O'Mara, Jr., Esq, as counsel is also granted, and that John M. Cooper, Esq., and William F. O'Mara, Jr., Esq., are removed as counsel of record.

ENTERED 10 / 2 /s/2016
Henry Coke Morgan, Jr.
Senior United States District Judge
JUDGE

1

WE ASK FOR THIS:

_____
Audrey Latham,
Co-Administrator of the Estate of
David Louis Latham, Deceased


_____
Glennis Latham,
Co-Administrator of the Estate of
David Louis Latham, Deceased



_____/s/_____
Todd M. Fiorella, Esq.
Patrick J. Genova, Esq.
FRAIM & FIORELLA, PC
150 Boush Street, Suite 601
Norfolk, Virginia 23510
757-227-5900
757-227-5901 (facsimile)
tmfiorella@ff-legal.com
pgenova@ff-legal.com



_____/s/_____
Jon M. Babineau, Esq.
Jon M. Babineau, PC
109 East Main Street, Suite 413
Norfolk, Virginia 23510
757-622-8631
757-226-0621
jon@babineaulaw.com

2

SEEN:

_____/s/_____
John M. Cooper, Esquire
Virginia State Bar No. 29064
jcooper@cooperhurley.com
William F. O'Mara, Jr.
Virginia State Bar No. 77146
bomara@cooperhurley.com
COOPER HURLEY
2014 Granby Street, Suite 200
Norfolk, Virginia 23517
757-455-0077
757-455-8274 (facsimile)
*Former Counsel for Plaintiff*


_____/s/_____
Brian N. Casey, Esquire
Virginia Sate Bar No. 26710
bcasey@taylorwalkerlaw.com
James E. Brydges, Jr. Esquire
Virginia State Bar No. 4420
jbrydges@taylorwalkerlaw.com
*Attorneys for Michael Edington*
Taylor Walker, PC
Post Office Box 3490
Norfolk, Virginia 23514
757-625-7300
757-625-1504 (facsimile)

3