# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Wednesday, November 1, 2017

**MINUTES OF PROCEEDINGS** IN     Open Court
**PRESENT**: THE HONORABLE     Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk:    Katrina Flanagan                             Reporter:   Carol Naughton, Tayloe

| Set:   2:30 p.m. | Started:   2:54 p.m. | Ended: |
|---|---|---|

| Case No.   2:16cv203 |
|---|
| |
| Audrey Latham and Glennis Latham, Co-Administrator of the Estate of David Louis Latham, Deceased<br><br>            v.<br><br>    Michael Edington<br>    City of Norfolk |
| |
| Appearances:     Jon M. Babineau and Todd M. Fiorella appeared for the Plaintiffs.     Natasha Lewis appeared for Michael Edington.    Michael A. Beverly and Karla M.J. Solaria appeared for the City of Norfolk. |
| |
| Hearing held re Approval of Settlement Agreement.     Affidavits of Shanelda Latham and Angel Latham received by the court and filed for the record.    Angel, Shanelda and Glennis, children of the Plaintiffs were sworn and on the record, all agreed to the terms of the settlement.    Audrey and Glennis Latham were sworn and on the record, both agreed to the terms of the settlement.    All parties appearing signed the settlement agreement.    The Court will appoint a guardian ad litem for Anthony and Andre, the two children that did not appear.    Once the guardian ad litem has a chance to review the terms of the settlement and agrees to the terms, the Court will issue the Settlement Order and the Order dismissing the City of Norfolk from the case. |
| |
| |
| |