

FILED
IN OPEN COURT

NOV - 1 2017

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

AUDREY LATHAM and
GLENNIS LATHAM,
CO-ADMINISTRATORS OF THE ESTATE
OF DAVID LOUIS LATHAM, DECEASED,

    Plaintiffs,

v.

CIVIL ACTION NO.: 2:16cv203

MICHAEL EDINGTON
and CITY OF NORFOLK,

    Defendants.

## AFFIDAVIT

STATE OF VIRGINIA,
CITY OF NORFOLK, to-wit:

Before me, ___Jon M. Babineau___, a Notary Public in and for the City and State aforesaid, appeared SHANELDA LATHAM, who, after being duly sworn, states as follows:

1. The law firms of Jon M. Babineau, PC and Fraim & Fiorella, P.C., have not provided me with any legal advice or guidance as to my rights, or anything of any nature, regarding the wrongful death settlement of my brother, David Latham's estate.

2. I fully understand that I have a right to consult with and hire counsel of my choosing to assist me in this matter. I choose to represent myself.

3. I have been advised and understand the City has offered a sum of $1,500,000.00 to settle the claim.

4. I agree to accept, as full and fair compensation to me, on account of my brother, David Latham's death, the sum of $100,000.00.

5. This affidavit is executed freely and voluntarily, without coercion of any sort, and with a full understanding of its significance.

_____
SHANELDA LATHAM

Subscribed and sworn to before me this  28th  day of October, 2017 by Shanelda Latham.

_____
Notary Public

My commission expires:  2-28-19
My Notary Registration Number:  244949

